In the Matter of MICHAEL NEGRON, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [3 NYS3d 705]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 29, 2013 pursuant to a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Sanchez v Evans*, 111 AD3d 1315 [2013]). Present—Scudder, P.J., Centra, Peradotto, Carni and Sconiers, JJ.